AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Howard, Marcia M. | **2. Court or Organization**<br><br>U.S. District Court-Middle FL | **3. Date of Report**<br><br>7/14/2009 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Full | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2008<br>to<br>12/31/2008 |
| **7. Chambers or Office Address**<br><br>U.S. Courthouse<br>300 North Hogan Street<br>Jacksonville, FL 32202 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer/Director | Morales Construction Co., Inc. |
| 2. Officer/Director | Morgar Realty, Inc. |
| 3. Director | Morales Investments of Jacksonville, Inc. |
| 4. Director | MIC Holdings Inc. |
| 5. Board Member | American Cancer Society - Duval County Unit Advisory Board (non-profit) |
| 6. Board Member | Wolfson Children's Hospital Women's Board (non-profit) |
| 7. Member | St. Vincent's Hospital Women's Council (non-profit) |
| 8. Trustee | Irrevocable Insurance Trust #1 |
| 9. Board Member | OneJax (non-profit) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | McGuireWoods LLP 401(k) (administered by T. Rowe Price) |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 20 A 10: 11 FINANCIAL DISCLOSURE OFFICE

Howard, Marcia M

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 7/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Bank of America - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. The Florida Bar | 5/9/08 - 5/10/08 | Marco Island, FL | Seminar | Travel expenses |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 7/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 7/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period<br>(1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period<br>(1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period<br>(1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wachovia (bank accts) | D | Interest | L | T | | | | | |
| 2. Wachovia Stock | D | Dividend | K | T | | | | | |
| 3. Southside Warehouse, Inc. Stock (See Part VIII.) | B | | K | U | | | | | |
| 4. Paragon Life / Met Life Variable Life Policy | A | Interest | J | T | | | | | |
| 5. Morales Investments of Jax, Inc. | | None | J | U | | | | | |
| 6. MIC Holding (See Part VIII.) | D | | J | U | | | | | |
| 7. T. Rowe Price 401(k) | C | Int./Div. | M | T | | | | | |
| 8. ----TRP RST Balanced | | | | | | | | | |
| 9. ----TRP Stable Value Fund | | | | | | | | | |
| 10. Bombardier 401(k) | A | Int./Div. | L | T | | | | | |
| 11. ----DWS Real Estate Securities Fund | | | | | | | | | |
| 12. ----Investment Co. of America Fund/A | | | | | | | | | |
| 13. ----Washington Mutual Investors Fund/A | | | | | | | | | |
| 14. ----Growth Fund of America/A | | | | | | | | | |
| 15. ----Franklin Balance Sheet Investment/Inv. A. | | | | | | | | | |
| 16. ----Franklin Small Mid Cap Growth Fund/A | | | | | | | | | |
| 17. ----Euro Pacific Growth Fund/A | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 7/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ----Templeton Developing Markets Trust/A | | | | | | | | | |
| 19. ----State Street EAFE International Index Fund | | | | | | | | | |
| 20. ----State Street S&P 500 Index | | | | | | | | | |
| 21. Wachovia 401(k) | D | Int./Div. | M | T | | | | | |
| 22. ----Stable Fund | | | | | | | | | |
| 23. Southland Life Insurance Policy | A | Interest | J | T | | | | | |
| 24. Bank of America C.D. | D | Interest | M | T | | | | | |
| 25. Morgar Professional Center (See Part VIII.) | D | | K | U | | | | | |
| 26. Banco Bilbao | C | Dividend | K | T | | | | | |
| 27. Brokerage Account | | | | | | | | | |
| 28. ----Merrill Lynch Money Market Fund | B | Int./Div. | L | T | | | | | |
| 29. ----Interline Brands Inc. | | None | L | T | | | | | |
| 30. Webb Investments Inc. | | None | J | U | | -- | | | |
| 31. Everbank | B | Interest | M | T | Open | 7/11 | M | | |
| 32. Bank of America Account | A | Interest | M | T | Open | 9/25 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I - The Irrevocable Trust disclosed on Line 8 is an unfunded trust.

Part VII, Co. B(2), Lines 3, 6 and 25 - the type of income is partnership income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544